

Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321


Matthew J. Hank
267.402.3054 direct
267.402.3000 main
mhank@littler.com

September 6, 2023

**VIA ECF**

The Honorable Michael M. Baylson
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 3030
Philadelphia, PA  19106

Re:     LOANDEPOT.COM, LLC v. LUCHKO, 22-cv-1080

Dear Judge Baylson:

Under the Court's order of April 29, 2022 (ECF 20), the Court has retained "jurisdiction over the above-captioned action pending a resolution of the Arbitration." We write to provide a report on the status of the arbitration.

The Arbitration before the Hon. Thomas Rueter (ret.) of JAMS is presently ongoing.  The proceeding was consolidated with two similarly situated arbitrations, also before Judge Rueter.  The parties are presently finalizing a discovery schedule with Judge Rueter with an anticipated arbitration hearing date beginning May 6, 2024.  The parties have also continued to communicate, in order to work through discovery issues.

Should you have any questions or concerns regarding the foregoing, please let us know.

Respectfully,

/s/ Matthew J. Hank

Matthew J. Hank

MJH/rik

littler.com